JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SCHOENFLED,<br><br>                    Plaintiff(s),<br><br>v.<br><br>ROCKERS GUITARS, LTD., et al.,<br><br>                    Defendant(s). | Case No. CV 14-05500-RGK (MANx)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On April 1, 2015 and April 17, 2015, 2015, Orders to Show Cause re Dismissal of defendant Samantha Harrison for Lack of Prosecution were issued.

As of this date, no response to the Orders to Show Cause have been filed by Plaintiff. The matter is hereby dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 5/4/15

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE